United States District Court
Southern District of Texas
**ENTERED**
April 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRAVIS NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-406 |
| | § | |
| RENAISSANCE OFFSHORE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## STIPULATED PARTIAL DISMISSAL

On April 12, 2024, the parties filed a joint stipulation of partial dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 19.

Accordingly, it is hereby **ORDERED** that all claims asserted by plaintiff Travis Nixon against defendant ES&H, Inc., in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Nixon and ES&H shall bear their own attorneys' fees and costs.

Signed on Galveston Island this 12th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE